OPINION — AG — ** DEPARTMENT OF MENTAL HEALTH — BENEFICIARY ** UNDER 43A O.S. 1 [43A-1] ET SEQ., THE DIRECTOR OF MENTAL HEALTH WITH THE APPROVAL OF THE MENTAL HEALTH BOARD COULD SIGN AN ASSIGNMENT FOR THE DEPARTMENT OF MENTAL HEALTH AND THE STATE OF OKLAHOMA AS BENEFICIARY PURSUANT TO SUCH BEQUEST. (ESTATE, WILL, PROPERTY, WILL TO THE STATE, BEQUEST OR GRANT OF PROPERTY) CITE: 43A O.S. 34 [43A-34], 43A O.S. 11 [43A-11] (DONALD B. NEVARD)